UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Matthew Puccio,<br><br>　　　　Defendant. | Criminal Action No.21-157  (JMV)<br><br><br>**SEALING ORDER** |

**John Michael Vazquez, U.S.D.J.**

  **THIS MATTER** having come before the Court on its own motion, and for good cause shown,

  IT IS, on this 22nd day of June, 2022,

  **ORDERED** that, the un-redacted transcript of the Court's findings relating to an *in camera* review placed on the record on June 22, 2022 in the above-captioned matter, shall be filed under seal; and it is further

  **ORDERED** that counsel for the Government shall have access to the sealed transcript by requesting same from the official court reporter.

_____<br>
John Michael Vazquez, U.S.D.J.